Jeremy Sugerman, Esq., SBN 146315
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, California 94108
Telephone: (415) 421-3100
Facsimile: (415) 421-3150
Attorneys for Plaintiffs

James L. Wamsley III
**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7251
Facsimile: (216) 579-0212
Email: jlwamsleyiii@jonesday.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY PHOTO, INC.<br><br>Plaintiff,<br><br>vs.<br><br>EASTMAN KODAK CO.,<br><br>Defendants. | Civil No. C-11-3821-JCS<br><br>[PROPOSED] ORDER EXTENDING TIME FOR RESPONSIVE PLEADING AND CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING ALL ASSOCIATED DEADLINES |

The joint stipulation for an order extending time for the responsive pleading and continuing the case management conference and all associated deadlines has been submitted to the Honorable Joseph C. Spero of the above entitled court for his consideration.

Having read and considered the papers in support of the stipulated request, the Court orders as follows:

///

///

///

1       The Case Management Conference is rescheduled to ~~February 24, 2012~~ March 2, 2012, at 1:30 p.m.; all other

2   deadlines set forth in the Court's Order of August 3, 2011, as amended by the Court's Order of October

3   25, 2011, setting initial case management conference and ADR deadlines are continued accordingly.

5       IT IS SO ORDERED:

7   Dated:  1/3/12



JOSEPH C. SPERO
United States Magistrate Judge.

---

Page 2
[~~PROPOSED~~] ORDER EXTENDING TIME FOR RESPONSIVE PLEADING AND CONTINUING CASE
MANAGEMENT CONFERENCE AND CONTINUING ALL ASSOCIATED DEADLINES